UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH SHIFLETT,

                     Plaintiff,                      13 **CIVIL** 4076 (NRB)

       -against-                              **JUDGMENT**

SCORES HOLDING COMPANY, INC.,

                     Defendant.
-------------------------------------------------------------X

     Defendant having moved for summary judgment (Doc. # 10) on September 30, 2013, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on April 10, 2014, having rendered its Memorandum and Order (Doc. # 19) granting Defendant's motion for summary judgment as it relates to the claims brought pursuant to Title VII and dismissing without prejudice the NYSHRL and NYCHRL claims, and instructing the Clerk of Court to close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 10, 2014 (Doc. # 19), Defendant's motion for summary judgment is granted insofar as this Court dismisses all federal claims; accordingly, the case is closed.

**DATED:** New York, New York
           April 10, 2014

                                              **RUBY J. KRAJICK**
                                              **Clerk of Court**
                       **BY:**
                                              **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  4/10/2014